The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ 20-020 BAT |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO EXTEND TIME TO OBTAIN AN INDICTMENT |
| HUMBERTO LOPEZ RODGUEZ | |
| and | |
| CARLOS CARRILLO LOPEZ, | |
| Defendants. | |

This Court having considered the Motion of the United States and General Order 01-20 suspending the grand jury as one measure to reduce the spread and health risks from COVID-19, hereby

FINDS that based the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. Therefore,

IT IS ORDERED that the deadline to indict Defendants Humberto Lopez Rodriguez and Carlos Carrillo Lopez in this matter is hereby extended to April 30, 2020.

DATED this **30th** day of March, 2020.

_____
BRIAN A. TSUCHIDA

Michelle L. Peterson

Presented by:
*/s/Michael J. Lang*
MICHAEL LANG
Assistant United States Attorney

ORDER TO TOLL SPEEDY INDICTMENT- 1